**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
Tina Marie Amacher
Debtor(s)

Case No: 22−30382 − MER

Chapter 7 Case

# ORDER ON PARTIAL CASE FILING

The petition commencing this case was filed on March 17, 2022 . However, the following documents have not been filed and /or outdated forms were used:

☐ **You have filed out−dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**

☑ Certificate of credit counseling
**NOTE: Failure to file a certificate of credit counseling may result in your case being dismissed within 14 days after the petition is filed, <u>without further notice or a hearing!</u>** Please consult the Court's website for information on how to obtain the required credit counseling.

☐ Voluntary petition for individuals filing for bankruptcy (Form 101 as revised 4/20)
☐ Summary of your assets and liabilities and certain statistical information (Form 106Sum as revised 12/15)
☐ Schedules A/B − J (Forms 106A/B, 106D, 106E/F, 106G, 106H, 106I and 106J as revised 12/15, Form 106C as revised 4/19)
☐ Schedule J−2 (Form 106J−2)
☐ Declaration about an individual debtor's schedules (Form 106Dec as revised 12/15)
☐ Statement of financial affairs for individuals filing for bankruptcy (Form 107 as revised 4/19)
☐ Statement of intention for individuals filing under chapter 7 (Form 108 as revised 12/15)
☐ Disclosure of compensation of attorney for debtor (Local Form 1007−1 as revised 06/16)
☐ Ch 7 statement of your current monthly income (Form 122A−1 as revised 4/20), Ch 7 means test calculation (required only if debtor's income above the median)(Form 122A−2 as revised 4/19)
☐ Initial Statement about an eviction judgment against you (Form 101A)
☐ Statement about payment of an eviction judgment against you (Form 101B)
☐ Rent deposit
☑ Signature declaration (as revised 12/15)
☑ Notice of responsibilities of chapter 7 debtors and their attorneys (Local Form 1007−3−1(7)) (as revised 12/15)
☑ Payment advices cover sheet (as revised 12/15)
☑ Debtor's income records
Income Records Needed For 60−Day Period Immediately Preceding Filing
☐ Bankruptcy petition preparer's notice, declaration, and signature (Form 119)
☐ Disclosure of compensation of bankruptcy petition preparer (Form 2800)
☐ Supplemental Matrix

Details: **\*\* PLEASE UPLOAD THE CREDITOR MATRIX \*\***

IT IS THEREFORE ORDERED:

1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than **March 31, 2022**.

2. **If these documents are not filed on or before March 31, 2022 or a later date, as the court may order upon a motion filed by a debtor or other party and served on the trustee and the United States Trustee, by order extending the time for such filing, an order dismissing this case may be entered, without a hearing, without further notice, and without notice to creditors, except as provided in paragraph 3 of this order.**

3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.

4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**

5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 3/17/22

Michael E Ridgway
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 17, 2022
Tricia Pepin, Clerk, United States Bankruptcy Court, By: AnnG, Deputy Clerk

**mnbop7i** 3/22

United States Bankruptcy Court
District of Minnesota

In re: Case No. 22-30382-MER
Tina Marie Amacher Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 1
Date Rcvd: Mar 17, 2022 Form ID: mnbop7i Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tina Marie Amacher, 810 Range St., North Mankato, MN 56003-3033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles T Nguyen | on behalf of Debtor 1 Tina Marie Amacher tim@lifebacklaw.com charles@lifebacklaw.com;Nguyen.CharlesR72722@notify.bestcase.com;tim@lifebacklaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 2