# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY Case No. 22-30382-MER

Tina Marie Amacher,  Chapter 7

      Debtor.

___

## ORDER TO SHOW CAUSE
___

This case came before the Court on its own initiative. The petition commencing this chapter 7 case was filed on March 17, 2022, as a partial filing, with incomplete filings due by March 31, 2022, but no matrix was ever filed. The Court's local rules provide in relevant part:

> Rule 1007-2. Mailing - List or Matrix
>
> (a) MATRIX. The debtor shall file with the petition a list of creditors containing the names and addresses of the debtor, the debtor's attorney and all creditors in matrix form in accordance with the clerk's instructions.

Loc. R. Bankr. P. (D. Minn.) 1007-2(a). The Clerk's staff has contacted debtor's counsel at least twice, with instructions on how to cure this deficiency. Accordingly,

**IT IS HEREBY ORDERED THAT** the debtor's attorney of record, Charles T. Nguyen, is ordered to appear **by telephone** and show cause why sanctions should not be imposed, including dismissal of this case without further delay or further notice, due to the debtor's failure to file the required matrix. The **telephonic** hearing will be held on **April 13, 2022, at 10:30 a.m.** The debtor may also appear if she so chooses. The Court will provide call-in instructions prior to the hearing.

Dated: _April 4, 2022_

*/e/ Michael E. Ridgway*
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/04/2022*
Tricia Pepin, Clerk, by MS

United States Bankruptcy Court

District of Minnesota

| | |
|---|---|
| In re: | Case No. 22-30382-MER |
| Tina Marie Amacher | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 04, 2022 | Form ID: pdf111 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tina Marie Amacher, 810 Range St., North Mankato, MN 56003-3033 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles T Nguyen | on behalf of Debtor 1 Tina Marie Amacher tim@lifebacklaw.com charles@lifebacklaw.com;Nguyen.CharlesR72722@notify.bestcase.com;tim@lifebacklaw.com |
| Michael S. Dietz | mdietztee@outlook.com  mn06@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3