**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 22−30382 − MER
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tina Marie Amacher

810 Range St.
North Mankato, MN 56003

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−8176

### NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 7/25/22 , or, for governmental units, within 180 days from the date of the Order for Relief or 7/25/22 , whichever is later. Proofs of claim can be filed electronically on the court's website:  www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 4/21/22

      Tricia Pepin
      Clerk, U.S. Bankruptcy Court
      200 Warren E. Burger Federal Building
      and U.S. Courthouse
      316 N Robert St
      St Paul, MN 55101

      BY: admin
      Deputy Clerk

mnbflclm 10/14

United States Bankruptcy Court

District of Minnesota

In re:  
Tina Marie Amacher  
    Debtor

Case No. 22-30382-MER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-3      User: admin      Page 1 of 2  
Date Rcvd: Apr 21, 2022      Form ID: mnbflclm      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina Marie Amacher, 810 Range St., North Mankato, MN 56003-3033 |
| 62804808 | + | Blue Cross Blue Shield, PO Box 64560, Route M103, Saint Paul MN 55164-0560 |
| 62804813 | + | Mark Butler, 810 Range St., North Mankato MN 56003-3033 |
| 62804814 | | Mayo Clinic, Attn: Bankrupty Department, 200 1st St SW, Rochester MN 55905-0002 |
| 62804818 | + | OPTUM United Health Care, PO BOX 202118, Florence SC 29502-2118 |
| 62804819 | + | Professional Service Bureau In, 911 Lind blvd., Suite 100, Anoka MN 55303-2084 |
| 62804822 | + | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos CA 94070-7503 |
| 62804826 | + | Wickerham Clinic, PO BOX 8674, Mankato MN 56002-8674 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 62804809 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 21 2022 21:12:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln NE 68501-2561 |
| 62804810 | + | EDI: AGFINANCE.COM | Apr 22 2022 01:08:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville IN 47731-3251 |
| 62804811 | | EDI: IRS.COM | Apr 22 2022 01:08:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62804815 | + | EDI: MINNDEPREV.COM | Apr 22 2022 01:08:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62804816 | + | EDI: NAVIENTFKASMSERV.COM | Apr 22 2022 01:08:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr PA 18773-9640 |
| 62804817 | + | EDI: AGFINANCE.COM | Apr 22 2022 01:08:00 | OneMain Financial, 1650 Madison Ave, Mankato MN 56001-5471 |
| 62804820 | + | EDI: SALLIEMAEBANK.COM | Apr 22 2022 01:08:00 | Sallie Mae, 175 S West Temple, Suite 600, Salt Lake City UT 84101-4218 |
| 62804821 | + | EDI: RMSC.COM | Apr 22 2022 01:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 62804823 | + | EDI: USAA.COM | Apr 22 2022 01:08:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio TX 78288-1600 |
| 62804822 | + | EDI: LCIUPSTART | Apr 22 2022 01:08:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos CA 94070-7503 |
| 62804824 | + | EDI: WFFC.COM | Apr 22 2022 01:08:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines IA 50328-0001 |
| 62804825 | + | EDI: WFFC.COM | Apr 22 2022 01:08:00 | Wells Fargo-pl&l, Max F8234f-02f, Po Box 10438, Des Moines IA 50306-0438 |

TOTAL: 12

| District/off: 0864-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: mnbflclm | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 62804812 | | Landlord |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles T Nguyen | on behalf of Debtor 1 Tina Marie Amacher tim@lifebacklaw.com charles@lifebacklaw.com;Nguyen.CharlesR72722@notify.bestcase.com;tim@lifebacklaw.com |
| Michael S. Dietz | mdietztee@outlook.com  mn06@ecfcbis.com |
| Michael S. Dietz | on behalf of Trustee Michael S. Dietz mdietztee@outlook.com  mn06@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4