**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re:                                                          Bankruptcy Case No. 22-30382-MER

Tina Marie Amacher,                                             Chapter 7

      Debtor.

---

**NOTICE OF SETTLEMENT**

---

To:  The United States Trustee, all creditors and other parties in interest.

On May 2, 2023, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

The Trustee has asserted a preferential transfer claim against Synchony Bank ("Transferee") in the amount of $852.28.  The claim is related to payments made by the Debtors during the 90 days prior to their bankruptcy filing.  Accordingly, the Trustee will accept $852.28 in full settlement of the claim. The trustee believes the payment of the Settlement Amount is in the best interest of the bankruptcy estate, as it represents the full amount of the claim.

**OBJECTION:  MOTION:  HEARING**.  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered or filed, the court may hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 316 N Robert Street | 316 N Robert Street | (see below) |
| St. Paul, MN 55101 | St. Paul, MN 55101 | |

Dated:  April 7, 2023                     /e/ Michael S. Dietz
                                                  Michael S. Dietz, Trustee

                                                  1529 Hwy 14 East
                                                  Suite 200, #241
                                                  Rochester, Minnesota 55904
                                                  Telephone:  (507) 577-1554
                                                  mdietztee@outlook.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 22-30382 |
| Tina Marie Amacher | Chapter 7 |
| Debtor(s) | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 4/7/2023, I did cause a copy of the following document(s), described below:

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota Bankruptcy Court's official court matrix on 4/7/2023.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/7/2023

/s/ Michael Dietz
Michael Dietz
Michael Dietz Law Office
1529 HWY 14 E
SUITE 200 #241
ROCHESTER MN 55904
507-288-9111
mdietztee@outlook.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 22-30382 |
| Tina Marie Amacher | Chapter 7 |
| Debtor(s) | |

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 4/7/2023, I did cause a copy of the following document(s), described below:

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/7/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 4/7/2023, I caused a copy of the Notice of Settlement to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| Minnesota Department of Revenue | | Bankruptcy Section | PO BOX 64447 | St Paul MN 55164-0447 |
| US Trustee | | 1015 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| United States Attorney | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| Blue Cross Blue Shield | | PO Box 64560 | Route M103 | Saint Paul MN 55164-0560 |
| Department of Education/Nelnet | | Attn: Bankruptcy | Po Box 82561 | Lincoln NE 68501-2561 |
| Household Finance Co/OneMain Financial | | Attn: Bankruptcy | Po Box 3251 | Evansville IN 47731-3251 |
| Internal Revenue Service | | Centralized Insolvency | PO Box 7346 | Philadelphia PA 19101-7346 |
| MN Dept of Revenue | | Attn: Denise Jones | PO Box 64447 | Saint Paul MN 55164-0447 |
| Mark Butler | | 810 Range St. | | North Mankato MN 56003-3033 |
| MAYO CLINIC | | 200 FIRST STREET SW | | ROCHESTER MN 55905-0002 |
| Navient | | Attn: Bankruptcy | Po Box 9640 | Wiles-Barr PA 18773-9640 |
| OPTUM United Health Care | | PO BOX 202118 | | Florence SC 29502-2118 |
| OneMain Financial | | 1650 Madison Ave | | Mankato MN 56001-5471 |
| OneMain Financial Group, LLC | | PO Box 3251 | | Evansville IN 47731-3251 |
| Professional Service Bureau In | | 911 Lind blvd. | Suite 100 | Anoka MN 55303-2084 |
| Sallie Mae | | 175 S West Temple | Suite 600 | Salt Lake City UT 84101-4218 |
| Sallie Mae | | P.O. Box 3319 | | Wilmington DE 19804-4319 |
| Synchrony Bank/Amazon | | Attn: Bankruptcy | Po Box 965060 | Orlando FL 32896-5060 |
| US Department of Education c/o Nelnet | | 121 S 13TH ST, SUITE 201 | | Lincoln NE 68508-1911 |
| USAA Federal Savings Bank | | Attn: Bankruptcy | 10750 Mcdermott Freeway | San Antonio TX 78288-1600 |
| Upstart | | Upstart Operations/ Attn:Bankruptcy | Po Box 1503 | San Carlos CA 94070-7503 |
| Upstart Holdings, Inc | | PO BOX 1931 | | Burlingame CA 94011-1931 |
| Upstart Network, Inc. | | PO BOX 1931 | | Burlingame CA 94011-1931 |
| Wells Fargo Bank NA | | 1 Home Campus Mac X2303-01a | 3rd Floor | Des Moines IA 50328-0001 |
| Wells Fargo Bank, N.A. | | 435 Ford Road, Suite 300 | | St Louis Park MN 55426-4938 |
| Wells Fargo Bank, N.A. | | Wells Fargo Card Services | PO Box 10438, MAC F8235-02F | Des Moines IA 50306-0438 |
| Wells Fargo-pl&l | | Max F8234f-02f | Po Box 10438 | Des Moines IA 50306-0438 |
| Wickerham Clinic | | PO BOX 8674 | | Mankato MN 56002-8674 |
| Charles T Nguyen | | LifeBack Law Firm, PA | 4480 Erin Drive | Eagan MN 55122-2357 |
| Tina Marie Amacher | | 810 Range St. | | North Mankato MN 56003-3033 |